STATE v. SMITH

No. 534P02

Case below: 152 N.C. App. 514

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 December 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. SMITH

No. 565P02

Case below: 153 N.C. App. 325

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. SMITH

No. 593P02

Case below: 153 N.C. App. 813

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002. Petition by Attorney General for writ of supersedeas dismissed as moot and temporary stay dissolved 19 December 2002.

STATE v. STROUD

No. 46P02

Case below: 147 N.C. App. 549

Petition by defendant (Bonnie Stroud) for writ of certiorari to review the decision of North Carolina Court of Appeals denied 19 December 2002.